# EXHIBITS

# EXHIBIT NO. 1

Recording Requested By:
Zang Recording Services on
Behalf of: _FLA_

Recording Requested By:
K. SANTOS

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423
Prepared By:
STEVE SEREPONGKY

3175120

692 09507

**Recorded in Official Records, Orange County**

**Tom Daly, Clerk-Recorder**

|||||||||||||||||||||||||||||||   **90.00**

**2007000065541 04:03pm 01/31/07**

108 73 D11 29

0.00 0.00 0.00 0.00 84.00 0.00 0.00 0.00

———————— [Space Above This Line For Recording Data] ————————

3175120                    00015652602201007
[Escrow/Closing #]              [Doc ID #]

# DEED OF TRUST

MIN 1000157-0007760520-8

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated JANUARY 25, 2007, together with all Riders to this document.

**(B) "Borrower"** is

MARY E KINN, A WIDOW

**CALIFORNIA**-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS

Page 1 of 16

(VMP) -6A(CA) (0207)   CHL (08/05)(d)   VMP Mortgage Solutions, Inc. (800)521-7291        **Form 3005  1/01**
CONV/VA

* 2 3 9 9 1 *                    * 1 5 6 5 2 6 0 2 2 0 0 0 0 0 1 0 0 6 A *

EXHIBIT — |

DOC ID #: 00015652602201007

Borrower's address is
259 WEST MARQUITA, SAN CLEMENTE, CA 92672-5100
Borrower is the trustor under this Security Instrument.
**(C) "Lender"** is
AMERICA'S WHOLESALE LENDER
Lender is a CORPORATION
organized and existing under the laws of NEW YORK
Lender's address is
4500 Park Granada MSN# SVB-314, Calabasas, CA 91302-1613
**(D) "Trustee"** is
ReconTrust Company, N.A
225 West Hillcrest Dr., MSN TO-02, Thousand Oaks91360
**(E) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(F) "Note"** means the promissory note signed by Borrower and dated JANUARY 25, 2007 . The Note states that Borrower owes Lender
THREE MILLION FIVE HUNDRED THOUSAND and 00/100

Dollars (U.S. $ 3,500,000.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than FEBRUARY 01, 2047 .
**(G) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."
**(H) "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
**(I) "Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| [X] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [X] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [ ] Other(s) [specify] |

**(J) "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
**(K) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
**(L) "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
**(M) "Escrow Items"** means those items that are described in Section 3.
**(N) "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii)

DOC ID #: 00015652602201007

conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(O) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(P) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(Q) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the

COUNTY of ~~LOS ANGELES~~ Orange :

[Type of Recording Jurisdiction]          [Name of Recording Jurisdiction]

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Parcel ID Number: 692 095 07                     which currently has the address of

259 WEST MARQUITA, SAN CLEMENTE

[Street/City]

California 92672-5100 ("Property Address"):

[Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including,

-6A(CA) (0207)          CHL (08/05)          Page 3 of 16          Form 3005 1/01

DOC ID #: 00015652602201007

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

*Mary E Kinn* _____ (Seal)
MARY E. KINN                                    -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

-6A(CA) (0207)        CHL (08/05)        Page 15 of 16              Form 3005 1/01

DOC ID #:  00015652602201007

**State of California**
**County of** Orange        } ss.

On January 25, 2007 before me, Andrea Godbold, Notary Public,
_____ personally appeared

Mary E Kinn
_____
_____
_____
_____, ~~personally known to me~~
(or proved to me on the basis of satisfactory evidence) to be the person(x) whose name(x) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(x) on the instrument the person(x) or the entity upon behalf of
which the person(x) acted, executed the instrument.

WITNESS my hand and official seal.

Andrea Godbold        _____ (Seal)

```
ANDREA GODBOLD
Commission # 1570707
Notary Public - California
Riverside County
My Comm. Expires Apr 18, 2009
```

VMP® -6A(CA) (0207)        CHL (08/05)        Page 16 of 18        Form 3005 1/01

# 1-4 FAMILY RIDER
**(Assignment of Rents)**

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.
MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423


Prepared By:
STEVE SEREPONGKY


                    3175120              00015652602201007
              [Escrow/Closing #]          [Doc ID #]


**MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
Page 1 of 5

VMP®-57R (0411)     CHL (11/04)(d)              Initials: _MK_
                 VMP Mortgage Solutions, Inc. (800)521-7291      **Form 3170 1/01**

* 2 3 9 9 1 *          * 1 5 6 5 2 6 0 2 2 0 0 0 0 0 1 0 5 7 R *

DOC ID #: 00015652602201007

THIS 1-4 FAMILY RIDER is made this TWENTY-FIFTH day of
JANUARY, 2007 , and is incorporated into and shall be deemed to amend and supplement
the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given
by the undersigned (the "Borrower") to secure Borrower's Note to
AMERICA'S WHOLESALE LENDER

(the "Lender") of the same date and covering the Property described in the Security Instrument and
located at:

259 WEST MARQUITA, SAN CLEMENTE, CA 92672-5100

[Property Address]

**1-4 FAMILY COVENANTS.** In addition to the covenants and agreements made in the
Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. ADDITIONAL PROPERTY SUBJECT TO THE SECURITY INSTRUMENT.** In addition to
the Property described in the Security Instrument, the following items now or hereafter attached to
the Property to the extent they are fixtures are added to the Property description, and shall also
constitute the Property covered by the Security Instrument: building materials, appliances and
goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used
in connection with the Property, including, but not limited to, those for the purposes of supplying or
distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing
apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water
closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings,
storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors,
cabinets, paneling and attached floor coverings, all of which, including replacements and additions
thereto, shall be deemed to be and remain a part of the Property covered by the Security
Instrument. All of the foregoing together with the Property described in the Security Instrument (or
the leasehold estate if the Security Instrument is on a leasehold) are referred to in this 1-4 Family
Rider and the Security Instrument as the "Property."

**B. USE OF PROPERTY; COMPLIANCE WITH LAW.** Borrower shall not seek, agree to or
make a change in the use of the Property or its zoning classification, unless Lender has agreed in
writing to the change. Borrower shall comply with all laws, ordinances, regulations and
requirements of any governmental body applicable to the Property.

**C. SUBORDINATE LIENS.** Except as permitted by federal law, Borrower shall not allow any
lien inferior to the Security Instrument to be perfected against the Property without Lender's prior
written permission.

**D. RENT LOSS INSURANCE.** Borrower shall maintain insurance against rent loss in addition
to the other hazards for which insurance is required by Section 5.

Initials: _MK_

-57R (0411)        CHL (11/04)        Page 2 of 5        Form 3170 1/01

DOC ID #: 00015652602201007

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this 1-4 Family Rider.

_Mary E. Kinn_ _____ (Seal)
MARY E. KINN                                    - Borrower

_____ (Seal)
                                                - Borrower

_____ (Seal)
                                                - Borrower

_____ (Seal)
                                                - Borrower

-57R (0411)      CHL (11/04)      Page 5 of 5                    Form 3170 1/01

# MONTHLY ADJUSTABLE RATE PAYOPTION RIDER
## (MTA Twelve Month Average Index - Payment Caps)

3175120                          156526022
[Escrow/Closing #]              [Loan #]

THIS ADJUSTABLE RATE RIDER is made this TWENTY-FIFTH        day of
JANUARY, 2007       , and is incorporated into and shall be deemed to amend and supplement the
Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the
undersigned ("Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to
AMERICA'S WHOLESALE LENDER

("Lender") of the same date and covering the property described in the Security Instrument and located at:
259 WEST MARQUITA
SAN CLEMENTE, CA 92672-5100
[Property Address]

**THE NOTE CONTAINS PROVISIONS THAT WILL CHANGE THE INTEREST RATE AND THE MONTHLY PAYMENT. THERE MAY BE A LIMIT ON THE AMOUNT THAT THE MONTHLY PAYMENT CAN INCREASE OR DECREASE. THE PRINCIPAL AMOUNT TO REPAY COULD BE GREATER THAN THE AMOUNT ORIGINALLY BORROWED, BUT NOT MORE THAN THE MAXIMUM LIMIT STATED IN THE NOTE.**

**ADDITIONAL COVENANTS:** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. INTEREST RATE AND MONTHLY PAYMENT CHANGES**
The Note provides for changes in the interest rate and the monthly payments, as follows:

**2.   INTEREST**
**(A)   Interest Rate**
Interest will be charged on unpaid Principal until the full amount has been paid. I will initially pay interest at a yearly rate of    8.375   %. This is my initial interest rate and is the rate for determining the interest I owe until it changes as provided below. Interest will be charged on the basis of a twelve-month year and a thirty-day month.

● PayOption MTA Rider - No Intro Period
1E627-XX (10/06)(d/i)                    Page 1 of 6





LOAN #: 156526022

The interest rate used to calculate the initial Minimum Payment described in Section 3 is 1.750 %. When I make a Minimum Payment which is based on an interest rate that is less than the rate of interest due, the unpaid interest is added to the Principal amount. This is known as "deferred interest" or "negative amortization."

**(B)  Interest Rate Change Dates**

The interest rate I owe may change on the first day of the first scheduled monthly payment, and on that day every month thereafter. Each date on which my interest rate could change is called an "Interest Rate Change Date." The new rate of interest will become effective on each Interest Rate Change Date. The interest rate may change monthly, but the monthly payment is recalculated in accordance with Section 3.

**(C)  Index**

On each Interest Rate Change Date, my adjustable interest rate will be based on an Index. The "Index" is the "Twelve-Month Average" of the annual yields on actively traded United States Treasury Securities adjusted to a constant maturity of one year as published by the Federal Reserve Board in the Federal Reserve Statistical Release entitled "Selected Interest Rates (H.15)" (the "Monthly Yields"). The Twelve Month Average is determined by adding together the Monthly Yields for the most recently available twelve months and dividing by 12. The most recent Index figure available as of the date 15 days before each Interest Rate Change Date is called the "Current Index".

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(D)  Calculation of Interest Rate Changes**

Before each Interest Rate Change Date, the Note Holder will calculate my new interest rate by adding THREE & 40/100 percentage point(s)  3.400 (this amount is the "Margin") to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). This rounded amount will be my new interest rate until the next Interest Rate Change Date. My interest rate will never be greater than  9.950 % or lower than the Margin. The interest rate required by this Section 2 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

**3.  PAYMENTS**

**(A)  Time and Place of Payments**

I will make a payment every month.

I will make my monthly payments on the FIRST day of each month beginning on March, 2007 . I will make these payments every month until I have paid all the Principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on  FEBRUARY 01, 2047 , I still owe amounts under this Note, I will pay those amounts

● PayOption MTA Rider - No Intro Period
1E627-XX (10/06)                     Page 2 of 6

LOAN #: 156526022

in full on that date, which is called the "Maturity Date." I will make my monthly payments at
P.O. Box 10219, Van Nuys, CA 91410-0219

or at a different place if required by the Note Holder.

**(B)  Amount of My Initial Minimum Payment**

The "Minimum Payment" is the minimum amount Note Holder will accept for my monthly payment. Each of my initial Minimum Payments until the first Payment Change Date will be in the amount of U.S. $ 10,144.19            , unless adjusted under Section 3(F). If the Minimum Payment is not sufficient to cover the amount of the interest due, negative amortization will occur.

**(C)  Payment Change Dates**

My monthly payment may change as required by Section 3(D) below beginning on the first            day of MARCH, 2008            , and on that day every 12th month thereafter. Each of these dates is called a "Payment Change Date." My monthly payment also will change at any time Section 3(F) or 3(G) below requires me to pay a different monthly payment. The Minimum Payment is determined at the last Payment Change Date or as provided in Section 3(F) or 3(G) below. I will pay the amount of my new Minimum Payment each month beginning on each Payment Change Date or as provided in Section 3(F) or 3(G) below.

**(D)  Calculation of Monthly Payment Changes**

At least 30 days before each Payment Change Date, the Note Holder will calculate the amount of the monthly payment that would be sufficient to repay the unpaid Principal that I am expected to owe at the Payment Change Date in full on the Maturity Date in substantially equal payments at the interest rate effective during the month preceding the Payment Change Date. The result of this calculation is called the "Full Payment." Unless Section 3(F) or 3(G) applies, the amount of my new monthly payment effective on a Payment Change Date will not increase by more than   7.500% of my prior monthly payment. This limitation is called the "Payment Cap." This Payment Cap applies only to the Principal and interest payment and does not apply to any escrow payments Lender may require under the Security Instrument. The Note Holder will apply the Payment Cap by multiplying the amount of my Minimum Payment due the month preceding the Payment Change Date by the number   1.075 . The result of this calculation is called the "Limited Payment." Unless Section 3(F) or 3(G) below requires me to pay a different amount, my new Minimum Payment will be the lesser of the Limited Payment and the Full Payment.

**(E)  Additions to My Unpaid Principal**

Since my monthly payment amount changes less frequently than the interest rate, and since the monthly payment is subject to the Payment Cap described in Section 3(D), my Minimum Payment could be insufficient to pay the interest portion of the monthly payment that would repay the unpaid Principal I owe at the monthly payment date in full on the Maturity Date in substantially equal payments. For each month that my monthly payment is less than the interest portion, the Note Holder will subtract the amount of my monthly payment from the amount of the interest due and will add the difference to my unpaid Principal.

● PayOption MTA Rider - No Intro Period
1E627-XX (10/06)                    Page 3 of 6

LOAN #: 156526022

Interest will accrue on the amount of this difference at the interest rate required by Section 2. For each month that the monthly payment is greater than the interest due, the Note Holder will apply the payment as provided in Section 3(A).

**(F)   Limit on My Unpaid Principal; Increased Monthly Payment**

My unpaid Principal can never exceed the Maximum Principal Limit equal to ONE HUNDRED FIFTEEN          percent (          115 %) of the Principal amount I originally borrowed. On the date that my paying my Minimum Payment would cause me to exceed that limit, I will instead pay a new Minimum Payment. This means that my monthly payment may change more frequently than annually and such payment changes will not be limited by the Payment Cap. The new Minimum Payment will be in an amount sufficient to repay my then unpaid Principal in full on the Maturity Date in substantially equal payments at the then-current interest rate.

**(G)   Required Full Payment**

On the tenth          Payment Change Date and on each succeeding fifth Payment Change Date thereafter, I will begin paying the Full Payment as my Minimum Payment until my monthly payment changes again. I also will begin paying the Full Payment as my Minimum Payment on the final Payment Change Date.

**(H)   Payment Options**

After the first Interest Rate Change Date, the Note Holder may provide me with up to three (3) additional monthly payment options ("Payment Options") that are greater than the Minimum Payment. The Payment Options are calculated using the new interest rate in accordance with Section 2(D). The following Payment Options may be provided:

(i)   **Interest Only Payment:** the amount that would pay only the interest portion of the monthly payment. The Principal balance will not be decreased by this Payment Option and it is only available if the interest portion exceeds the Minimum Payment.

(ii)   **Amortized Payment:** the amount necessary to pay the loan off (Principal and interest) at the Maturity Date in substantially equal payments based on the then-current interest rate.

(iii)   **15 Year Amortized Payment:** the amount necessary to pay the loan off (Principal and interest) within a fifteen (15) year term from the first payment due date in substantially equal payments at the then-current interest rate.

These Payment Options are only available if they are greater than the Minimum Payment. Because the interest rate may change monthly, the amounts of each of these Payment Options may also change monthly.

**B. TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

Section 18 of the Security Instrument entitled "Transfer of the Property or a Beneficial Interest in Borrower" is amended to read as follows:

● PayOption MTA Rider - No Intro Period
1E627-XX (10/06)                              Page 4 of 6

LOAN #: 156526022

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Monthly Adjustable Rate PayOption Rider.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_Mary E Kinn_

MARY E. KINN _____ -Borrower

_____ -Borrower

_____ -Borrower

_____ -Borrower

● PayOption MTA Rider - No Intro Period
1E627-XX (10/06)                    Page 6 of 6

Prepared by: STEVE SEREPONGKY

**AMERICA'S WHOLESALE LENDER**

Branch #: 0000909
20970 WARNER CENTER LN, STE. C
DATE:          01/25/2007        WOODLAND HILLS, CA 91367
CASE #:                          Phone: (800)299-3324
DOC ID #:   00015652602201007    Br Fax No.: (818)888-2270
BORROWER: MARY E. KINN
PROPERTY ADDRESS: 259 WEST MARQUITA
                  SAN CLEMENTE, CA 92672-5100

## LEGAL DESCRIPTION EXHIBIT A

FHA/VA/CONV
• Legal Description Exhibit A
1C404-XX (04/03)(d)



* 2 3 9 9 1 *          * 1 5 8 5 2 6 0 2 2 0 0 0 0 0 1 0 0 8 A *

Order No:  3175120c
Reference No.: xavier/kinn
Escrow Officer: Joe Harmatz
Escrow Number: 3175120c



## DESCRIPTION

All that certain land situated in the State of California, County of **ORANGE**, City of **SAN CLEMENTE**, described as follows:

**LOT 23, BLOCK 17, TRACT 793, IN THE CITY OF SAN CLEMENTE, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 24, PAGE 1 THROUGH 5 OF MISCELLANEOUS MAP, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

APN No: **692-095-07**

Page 4

# EXHIBIT NO. 2

# Marriage License

Expires 08/30/2008

No. 20070830000737910

State of Nevada

County of Clark } SS:

THIS LICENSE WILL AUTHORIZE ANY LICENSED CLERGYMAN WITHIN THIS STATE, ANY JUSTICE OF THE SUPREME COURT, ANY JUDGE OF THE DISTRICT COURT, ANY MUNICIPAL COURT JUDGE, ANY JUSTICE OF THE PEACE IN THEIR TOWNSHIP WHEREIN THEY ARE PERMITTED TO SOLEMNIZE MARRIAGE, ANY COMMISSIONER OF CIVIL MARRIAGES OR THEIR DEPUTY WITHIN A COMMISSIONER TOWNSHIP WHEREIN THEY ARE PERMITTED TO SOLEMNIZE MARRIAGES, TO JOIN IN MARRIAGE THE HEREINAFTER NAMED PERSONS AND TO CERTIFY THE MARRIAGE ACCORDING TO LAW.

## Groom

Name: **GEORGE BALIS**
Residence: **LAS VEGAS, NEVADA**
Date of Birth: **09/12/1943**       Age: **63**
State of Birth: **GREECE**
Marital Status: **DIVORCED**
When: **08/30/2007**
Where: **LAS VEGAS, NEVADA**
Number of this Marriage: **3**
Father's Name: **JOHN BALIS**
Father's State of Birth: **GREECE**
Mother's Maiden Name: **DESPINA LEMONIDOU**
Mother's State of Birth: **ISTANBUL**

## Bride

Name: **MARY ELAINE KINN**
Residence: **LAS VEGAS, NEVADA**
Date of Birth: **01/26/1914**       Age: **93**
State of Birth: **KANSAS**
Marital Status: **WIDOWED**
When: **09/30/1979**
Where: **SAN CLEMENTE, CALIFORNIA**
Number of this Marriage: **2**
Father's Name: **CHARLES W ATHERTON**
Father's State of Birth: **ILLINOIS**
Mother's Maiden Name: **MOLLIE J EDWARDS**
Mother's State of Birth: **VIRGINIA**

Subscribed and sworn to before me this _____ 30th _____ day of ___ AUGUST ___ , ___ 2007 ___

**SHIRLEY B. PARRAGUIRRE, COUNTY CLERK**

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE DOCUMENT ON FILE
MINUS ANY REDACTED PORTIONS

**KATHLEEN YAGICH**

By: _____

Kathleen Yagich                    Deputy Clerk

AUG. 3 0 2007



SEAL
UNITED STATES OF AMERICA
OF THE
COUNTY OF CLARK
STATE OF NEVADA

EXHIBIT — 2

# EXHIBIT NO. 3

## Securitization Summary

A review of the process of securitization yielded the following information:

The Deed of Trust securing the Note was recorded on 1/31/2007. The lender is the **America's Wholesale Lender** and the beneficiary is **Mortgage Electronic Registration Systems, Inc. (MERS)**.

A search of filings with the Securities and Exchange Commission by securitization trusts established in the year 2007 indicates that the trust into which the subject loan could have been securitized into would be the **Alternative Loan Trust 2007-OA11.**

### Prospectus Information:

**Alternative Loan Trust 2007-OA11** Prospectus Form 424B5, filed on 11/1/2007 refers to **CWALT, Inc.** as Depositor, **Countrywide Home Loans, Inc.** as Seller, and **Countrywide Home Loans Servicing LP** as Master Servicer. The link to the prospectus is provided herein.

http://www.secinfo.com/d12TC3.u1x4g.htm

### Annual Form 10-K:

**Alternative Loan Trust 2007-OA11** Annual Form 10-K for the year ended 10/31/2007 was filed on 3/6/2008 with the Securities and Exchange Commission. This document listed **Countrywide Home Loans Servicing LP** as Master Servicer compliant with the servicing criteria for the asset-backed securities held by the trust. The link to the form 10-K is provided herein.

http://www.secinfo.com/drjtj.t1p8.htm#1stPage

### Form 15-15D:

On 1/24/2008, **CWALT, Inc.**, as Depositor, filed Form 15-15D or Notice of Suspension of Duty to File Reports terminating the registration of the noted investment vehicle. The approximate number of holders of record as of the certification or notice date was 3. The link to the form 15-15D is provided herein.

http://www.secinfo.com/drjtj.tcb.htm#1stPage

### Pooling and Servicing Agreement:

**Alternative Loan Trust 2007-OA11** was established under a Pooling and Servicing Agreement dated 11/27/2007 by **CWALT, Inc.** as Depositor, **Countrywide Home Loans, Inc.** as Seller, **Countrywide Home Loans Servicing LP** as Master Servicer, and **The Bank of New York** as Trustee.

A complete list of Securities and Exchange Commission filings by **Alternative Loan Trust 2007-OA11** is provided herewith. Pooling and Servicing Agreement:

http://www.secinfo.com/drjtj.u6rd.d.htm

The Promissory Note and the Deed of Trust should be in the possession of **The Bank of New York** as Trustee for the mentioned securitization trust pursuant to Section 2.02, Acceptance by Trustee of the Mortgage Loans, page 51, of the Pooling and Service Agreement dated 11/27/2007.

**EXHIBIT** $-3$

7

## Attachments
## 3 – SEC / Fannie / Freddie Screenshots



PROSPECTUS SUPPLEMENT
(To Prospectus dated July 27, 2007)

$195,597,180
[Approximate]

CWALT, INC.
Depositor



Countrywide Home Loans Servicing LP
Master Servicer

Alternative Loan Trust 2007-OA11
Issuing Entity

Mortgage Pass-Through Certificates, Series 2007-OA11
Distributions payable monthly, beginning November 26, 2007



Attachments 7





85

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(g) OF
THE SECURITIES EXCHANGE ACT OF 1934 OR SUSPENSION OF DUTY TO FILE REPORTS UNDER
SECTIONS 13 AND 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number _____

SMMI, Inc.
_____
(Exact name of registrant as specified in its charter)

3100 Park Avenue
_____
(Address, including zip code, and telephone number, including
area code, of registrant's principal executive offices)

_____

Approximate number of holders of record as of the certification or
notice date: ___

# EXHIBIT NO. 4

## Attachments
## 4 – Pooling and Servicing Agreement



EXECUTION COPY

CWALT, INC.
(Depositor)

COUNTRYWIDE HOME LOANS, INC.
(Seller)

PARK GRANADA LLC
(Seller)

PARK MONACO INC.
(Seller)

PARK SIENNA LLC
(Seller)

COUNTRYWIDE HOME LOANS SERVICING LP
(Master Servicer)

and

THE BANK OF NEW YORK
(Trustee)



POOLING AND SERVICING AGREEMENT
Dated as of [December 1, 200]x

ALTERNATIVE LOAN TRUST 200[ ]-OA11

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 200[ ]-OA11

67

EXHIBIT ~ 4

EXHIBIT NO. 5

**LANDSAFE TITLE**

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Attn: DANIEL RODRIGUEZ
FS No. 09-0149469
Title Order No. 09-8-443854

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||| ||||| |||||     18.00

2009000532691 08:00am 10/08/09
113 81 A15 3
0 00 0.00 0 00 0.00 0 00 0.00 0 00 0.00

---

*SPACE ABOVE THIS LINE FOR RECORDER'S USE*

NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IMPORTANT NOTICE**

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,**

and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded ( which date of recordation appears on this notice).

**This amount is  $122,896.19, as of 10/06/2009 and will increase until your account becomes current.**

While your property is in foreclosure, you still must pay other obligations ( such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, ( I) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

[Page 1 of 2 ]                                        *Form scal 009 021*

**EXHIBIT** ⌐ 5

TS No. 09-0149469

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA11
C/O BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065
FORECLOSURE DEPARTMENT (800) 669-6650

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember,

## YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN THAT: RECONTRUST COMPANY, N.A., is acting as an agent for the Beneficiary under a Deed of Trust dated 01/25/2007, executed by MARY E KINN, A WIDOW as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as beneficiary recorded 01/31/2007, as Instrument No. 2007000065541 (or Book , Page ) of Official Records in the Office of the County Recorder of Orange County, California.
Said obligation including ONE NOTE FOR THE ORIGINAL sum of $ 3,500,000.00.
That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of : FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 01/01/2009 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS. TOGETHER WITH ALL LATE CHARGES, PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY, INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION, THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 02/01/2047 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.
That by reason thereof, the present beneficiary under such deed of trust has executed and delivered to RECONTRUST COMPANY, N.A. such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.
If required by the provisions of Section 2923.5 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Default duly recorded with the appropriate County Recorder's office.
Dated: October 06, 2009
RECONTRUST COMPANY, N.A., as agent for the Beneficiary
By LandSafe Title Corporation, as Its Attorney in Fact
By

BETTY JO LIVINGSTON

[Page 2 of 2 ]

Form rcvd 864 031)

45

**Bank of America**
**Home Loans**

Notice Date: September 16, 2009

Property Address:
259 West Marquita
San Clemente, CA 92672
Mary E Klim
259 W Marquita
San Clemente, CA 92672

## · CALIFORNIA DECLARATION

I, _____ Susan Fundaburk _____, of BAC Home Loans Servicing, LP, declare under penalty of perjury, under the laws of the State of California, that the following is true and correct:

☐ BAC Home Loans Servicing, LP has contacted the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure.

☑ BAC Home Loans Servicing, LP tried with due diligence to contact the borrower in accordance with California Civil Code Section 2923.5, or

☐ BAC Home Loans Servicing, LP verified that the borrower has surrendered the property.

☐ BAC Home Loans Servicing, LP has evidence and reasonably believes that the borrower has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and to avoid their contractual obligations to beneficiaries.

☐ BAC Home Loans Servicing, LP has confirmed that the borrower(s) filed for bankruptcy and the proceedings have not been finalized to wit, there is no order on the court's docket closing or dismissing the bankruptcy case.

☐ The provisions of California Civil Code §2923.5 do not apply because _____

_____

9/29/09     Forth Worth, Texas
Date and Place

_____     Collector #
Name of Signer           Title and/or Position

This communication is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.
CALIFORNIA 82524  14  02/26/2008

# EXHIBIT NO. 6

LANDSAFE TITLE

RECORDING REQUESTED BY:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 09-0140469
Title Order No. 09-8-443884

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

2010000171102 08:00am 04/13/10
37 407 N34 2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

APN No. 692-095-07

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 01/25/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

Notice is hereby given that RECONTRUST COMPANY, N.A., as duly appointed trustee pursuant to the Deed of Trust executed by MARY E KINN, A WIDOW, dated 01/25/2007 and recorded 01/31/2007, as Instrument No. 2007000065541, in Book , Page of Official Records in the office of the County Recorder of ORANGE County, State of California, will sell on 05/04/2010 at 12:00 PM, At the North front entrance to the County Courthouse, 700 Civic Center Drive West, Santa Ana, CA 92701

at public auction, to the highest bidder for cash or check as described below, payable in full at time of sale, all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and as more fully described in the above referenced Deed of Trust. The street address and other common designation, if any, of the real property described above is purported to be 259 WEST MARQUITA, SAN CLEMENTE, CA 92672-3100. The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The total amount of the unpaid balance with interest thereon of the obligation secured by the property to be sold plus reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $4,029,211.53. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

In addition to cash, the Trustee will accept cashier's checks drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state.

Said sale will be made, in an "AS IS" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided, and the unpaid principal of the Note secured by said Deed of Trust with interest thereon as provided in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.
If required by the provisions of Section 2923.3 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Trustee's Sale duly recorded with the appropriate County Recorder's office.

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
Phone/Sale Information: (800) 281-8219

By:
Naibely Ochoa, Team Member

RECONTRUST COMPANY, N.A. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Form nos (07/01)

EXHIBIT – 6

**Landsafe Default Inc.**

RECORDING REQUESTED BY:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 09-0149469
Title Order No. 09-8-448484

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

||||||||||||||||||||||||||||     12.00

2011000223948 08:00am 05/04/11
66 408 N34 2

0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

APN No. 692-095-07

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 01/25/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

Notice is hereby given that RECONTRUST COMPANY, N.A., as duly appointed trustee pursuant to the Deed of Trust executed by HARRY E KINN, A WIDOW, dated 01/25/2007 and recorded 01/31/2007, as Instrument No. 2007000065544, in Book , Page of Official Records in the office of the County Recorder of ORANGE County, State of California, will sell on 05/27/2011 at 12:00 PM, At the North front entrance to the County Courthouse, 700 Civic Center Drive West, Santa Ana, CA 92701

at public auction, to the highest bidder for cash or check as described below, payable in full at time of sale, all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and as more fully described in the above referenced Deed of Trust. The street address and other common designation, if any, of the real property described above is purported to be: 259 WEST MARQUITA, SAN CLEMENTE, CA 92672-5100. The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The total amount of the unpaid balance with interest thereon of the obligation secured by the property to be sold plus reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $4,191,294.01. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

In addition to cash, the Trustee will accept cashier's checks drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state.

Said sale will be made, in an "AS IS" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided, and the unpaid principal of the Note secured by said Deed of Trust with interest thereon as provided in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

If required by the provisions of Section 2923.5 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Trustee's Sale duly recorded with the appropriate County Recorder's office.

RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
Phone/Sale Information: (800) 281-8219

By: _____   MAY 0 2 2011
Malley Ochoa, Authorized Signer

RECONTRUST COMPANY, N.A. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Form nos PF-86

W. 1 b

Mary E Kihn
259 W Marquita
San Clemente, CA 92672

Property Address:
259 West Marquita
San Clemente, CA 92672

## CALIFORNIA DECLARATION

I, Stacia Adams, of BAC Home Loans Servicing, LP, declare under penalty of perjury, under the laws of the State of California, that the following is true and correct:

BAC Home Loans Servicing, LP, has obtained from the Commissioner of Corporations a final order of exemption pursuant to California Civil Code Section 2923.53 that is current and valid on the date the accompanying Notice of Sale is filed.

AND

The timeframe for giving Notice of Sale specified in subdivision (a) of Civil Code Section 2923.52 does not apply pursuant to Section 2923.52 (b).

03/02/2010   Simi Valley, CA
Date and Place

Stacia Adams
Name of Signer

Team Manager
Title and/or Position

Signature

This communication is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.

CA Doc AB No 7  11214  07/22/2009

# EXHIBIT NO. 7

LANDSAFE TITLE

RECORDING REQUESTED BY·
RECONTRUST COMPANY
AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

TS No. 09-0119569

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||| **12.00**

**2011000230645 08:00am 05/09/11**
CO 406 A3Z Z
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## CORPORATION ASSIGNMENT OF DEED OF TRUST/MORTGAGE

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA11, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-OA11

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 01/23/2007, EXECUTED BY
MARY E KINN, A WIDOW, TRUSTOR, TO RECONTRUST COMPANY, N.A., TRUSTEE AND RECORDED AS
INSTRUMENT NO. 2007000865543 ON 01/31/2007, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S
OFFICE OF ORANGE COUNTY, IN THE STATE OF CALIFORNIA.

DESCRIBING THE LAND THEREIN AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND
TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID
DEED OF TRUST/MORTGAGE.

DATED: October 06, 2009
MAY 0 4 2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: CALIFORNIA

County of: VENTURA

BY: _____ MAY 0 4 2011
Kevin Rudolph, Assistant Secretary

On MAY 0 4 2011 before me, KEVIN RUDOLPH , K. Marcado , notary public, personally appeared
_____ who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

K. Marcado

K. MARCADO
Commission # 1818376
Notary Public - California
Ventura County
My Comm. Expires Oct 18, 2013

Form pgsmnt (11-09)

EXHIBIT - 7

52

## GOVERNMENT CODE 27361.7

I certify under penalty that the Notary Seal on the document to which this statement is attached reads as follows:

NAME OF NOTARY: **K. MERCADO**

DATE COMMISSION EXPIRES: **10/18/12**

COUNTY WHERE BOND IS FILED: **VENTURA**

COMMISSION NUMBER: **1818170** VENDOR NUMBER: **NNA1**

I certify under penalty of perjury and the laws of the State of California that the illegible portion of this document to which this statement is attached reads as follows:

_____

_____

_____

_____

_____

_____

On _____ before me, _____ personally appeared _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that they executed
the same in their authorized capacity(ies), and that by their signature(s) on the instrument
the person, or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY and the laws of the State of California that the
foregoing paragraph is true and correct.

PLACE OF EXECUTION: **BREA**

SIGNATURE: _____  DATE: **5 / 6 / 2011.**

## Attachments
## 1b – Evidentiary Documents

**MERS**
**ServicerID**
www.mers-servicerid.org   Process Loans, Not Paperwork.™
1 record matched your search:

Need help?

MIN:1000157-0007760520-8        Note Date:01/25/2007           MIN Status:Inactive

Servicer: Bank of America, N.A.                                Phone:(800) 669-6607

Simi Valley, CA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, INC.

# EXHIBIT NO. 8

39

RECORDING REQUESTED BY:
RECONTRUST COMPANY

AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd , CA6-914-01-94
SIMI VALLEY, CA 93063

ATTN: Angelica Medina
TS No. 11-0504199

Recorded in Official Records, Merced County

**KENT B. CHRISTENSEN**
Merced County Recorder

P Public                                          P

Doc#:     2011 – 029440

| Titles: | 1 | Pages: | 1 |
| Fees | 18.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $18.00 |

8/10/2011
2:53 PM
RE05

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

WHEREAS, ARMANDO MORENO, AND, AND ROSARIO MORENO, HUSBAND AND
WIFE AS JOINT TENANTS was the original Trustor, CTC REAL ESTATE SERVICES was the
original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was the
original Beneficiary under that certain Deed of Trust dated 02/23/2006 recorded on 07/24/2007 as
Instrument No. 2007-041637 in Book Page of Official Records of Merced County, California;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and
WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in
place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said
Deed of Trust provided,

NOW THEREFORE, the undersigned hereby substitutes RECONTRUST COMPANY, N.A.,
WHOSE ADDRESS IS: 1800 Tapo Canyon Rd., CA6-914-01-94 SIMI VALLEY, CA 93063, as
Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or
neuter, and the singular number includes the plural.

DATED: August 11, 2011                         THE BANK OF NEW YORK MELLON FKA THE
                        AUG 1 2 2011          BANK OF NEW YORK, NOT IN ITS INDIVIDUAL
                                              CAPACITY BUT SOLELY AS TRUSTEE FOR THE
                                              BENEFIT OF THE CERTIFICATEHOLDERS OF THE
                                              CWABS INC., ASSET-BACKED CERTIFICATES,
            **CALIFORNIA**                    SERIES 2006-6
                                              BY:                              AUG 1 2 2011
State of: _____
                                              **KEVIN RUDOLPH**        **Assistant Secretary**
County of:     **VENTURA**        )

On __AUG 1 2 2011 before me, ____E.L. HOWARD____, notary public, personally appeared
Kevin Rudolph, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or
the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
            **E.L. HOWARD**

E. L. HOWARD
COMM #1901815
Notary Public-California
VENTURA COUNTY
My Comm. Exp. AUG 26, 2014

Forms sub (01/09)

EXHIBIT – 8