LOCKE LORD LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC.; and THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BALIS, TRUSTEE OF GBMEK FAMILY TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK; JOHN DOE(S) (1-5) SELECT PORTFOLIO SERVICING, INC.; and JOHN DOES (6-10) THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, <br><br> Defendants. | CASE NO. 8:13-cv-00459-AG-JPR <br><br> Hon. Andrew J. Guilford <br><br> **JUDGMENT** <br><br> Complaint Filed:  March 20, 2013 |

1  The Court hereby enters JUDGMENT in favor of defendants Select Portfolio
2  Servicing, Inc. and The Bank of New York Mellon f/k/a The Bank of New York, as
3  Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-
4  OA11, Mortgage Pass-Through Certificates, Series 2007-OA11 and against plaintiff
5  George Balis, Trustee of GBMEK Family Trust.

8  Dated: August 09, 2013

Hon. Andrew J. Guilford
United States District Judge

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071